UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2:17-00109
     21 U.S.C. § 841(a)(1)

JEREMIAH JOE JOHNSON

# INFORMATION

The United States Attorney Charges:

On or about April 30, 2017, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, defendant JEREMIAH JOE JOHNSON possessed with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

UNITED STATES OF AMERICA

CAROL A. CASTO
United States Attorney

By: _____
R. GREGORY McVEY
Assistant United States Attorney